UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SANDRA REYES,

    Plaintiff,

    v.

JINGLE NETWORKS, INC., et al.,

    Defendants.

                                        /

No. C 09-1232 PJH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is referred to the Honorable Charles R. Breyer for a determination of whether it is related to <u>Reyes v. Jingle Networks, Inc., et al.</u>, C-09-1208-CRB. Plaintiff in the present action filed papers indicating that it involves the exact same parties, transactions and events as the lower-numbered case on Judge Breyer's docket.

**IT IS SO ORDERED.**

Dated: April 21, 2009

                                                _____
                                                PHYLLIS J. HAMILTON
                                                United States District Judge