1   Sean Reis (SBN 184044)
    sreis@edelson.com
2   Edelson McGuire LLP
    30021 Tomas Street, Suite 300
3   Rancho Santa Margarita, CA 92688
    T: (949) 459-2124
4   F: (949) 459-2123
5
    ATTORNEYS FOR PLAINTIFFS
6

7

8                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
9                       SAN FRANCISCO DIVISION

10

11  SANDRA REYES, individually and on behalf      Nos.  CV 09-01208 CRB
    of a class of similarly situated individuals,        CV 09-01232 CRB
12
                                                   **PLAINTIFF'S MOTION FOR**
13              *Plaintiff,*                        **VOLUNTARY DISMISSAL OF CASE CV
                                                   09-01232 CRB PURSUANT TO PRIOR
14          vs.                                     STIPULATION FOR VOLUNTARY
                                                   DISMISSAL AND PRIOR DISMISSAL OF
15  JINGLE NETWORKS, INC., a Delaware              RELATED CASE**
    corporation, and LIMBO, INC., a Delaware
16  corporation                                    Judge: Hon. Charles R. Breyer

17              *Defendants*.

18

19          This case was originally filed in the Superior Court of the State of California, County of

20  San Mateo on February 11, 2009.

21          On March 19, 2009, defendant Jingle Networks Inc. removed the case to the US District

22  Court for the Northern District, and the case was assigned case number CV 09-01208 CRB.

23          Apparently not knowing that the case had been removed, the next day, on March 20, 2009,

24  defendant Limbo, Inc. filed a subsequent notice of removal.  This second removal resulted in the

25  case number CV 09-01232 CRB (the two cases were deemed related and assigned to this Court on

26  April 21, 2009).  Other than the separate case numbers, the two cases are actually the "same case"

27  in that they are both the result of removal from the same San Mateo Superior Court case.

28

The parties subsequently filed a "Stipulation to Voluntarily Dismiss Complaint With Prejudice Pursuant to M-Qube, Inc." showing Case CV 09-01208 CRB in the caption.  This resulted in the dismissal of that case number.

However, because the Stipulation to Voluntarily Dismiss only bore case number CV 09-01208 CRB, the Court only dismissed that action and case CV 09-01232 still remains active on the docket.  Plaintiff wishes to dismiss action CV 09-01232 on the same grounds and pursuant to the same Stipulation to Voluntarily Dismiss which was previously filed.  A copy of the Stipulation to Voluntarily Dismiss is attached as Exhibit A for the Court's reference.

Plaintiff respectfully requests that the Court dismiss the Complaint with prejudice in case CV 09-01232 without a hearing as provided in the Stipulation to Voluntarily Dismiss, on the same grounds that case CV 09-01208 was dismissed.

Respectfully submitted,

Dated: February 16, 2010

**Edelson McGuire LLP**

By:  _/s/ Sean Reis_____.

SEAN REIS
One of the Attorneys for Sandra Reyes,
individually and on behalf of a class of
similarly situated individuals

**IT IS SO ORDERED THAT CASE CV 09-01232 IS DISMISSED WITH PREJUDICE.**

Dated:                                _____

Honorable Charles R. Breyer

1

## <u>CERTIFICATE OF SERVICE</u>

2

    I, Sean Reis, an attorney, certify that on February 16, 2010, I served the above and

3

foregoing **PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL OF CASE CV 09-01232 CRB PURSUANT TO PRIOR STIPULATION FOR VOLUNTARY DISMISSAL**

4

**AND PRIOR DISMISSAL OF RELATED CASE**, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic

5

filing system.

6

Edward S. Zusman
Kevin K. Eng

7

Markun Zusman & Compton, LLP

8

465 California Street, Suite 500
San Francisco, California, 94104

9

ezusman@mzclaw.com
keng@mzclaw.com

10

11

Thad A. Davis
Scott A. Magnum

12

Ropes & Gray LLP
One Embarcadero Center

13

San Francisco, California 94111-3711

14

Thad.davis@ropesgray.com
Scott.magnum@ropesgray.com

15

16

17

           /s/  Sean Reis

18

19

20

21

22

23

24

25

26

27

28