1  Sean Reis (SBN 184044)
   sreis@edelson.com
2  Edelson McGuire LLP
   30021 Tomas Street, Suite 300
3  Rancho Santa Margarita, CA 92688
4  T: (949) 459-2124
   F: (949) 459-2123
5
   ATTORNEYS FOR PLAINTIFFS
6

7

8                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
9                        SAN FRANCISCO DIVISION

10

11 | SANDRA REYES, individually and on behalf | Nos. CV 09-01208 CRB
   | of a class of similarly situated individuals,  |       CV 09-01232 CRB
12 |                                                | ORDER RE:
   |         *Plaintiff*,                           | **PLAINTIFF'S MOTION FOR**
13 |                                                | **VOLUNTARY DISMISSAL OF CASE CV**
14 |         vs.                                    | **09-01232 CRB PURSUANT TO PRIOR**
   |                                                | **STIPULATION FOR VOLUNTARY**
15 | JINGLE NETWORKS, INC., a Delaware              | **DISMISSAL AND PRIOR DISMISSAL OF**
   | corporation, and LIMBO, INC., a Delaware       | **RELATED CASE**
16 | corporation                                    |
17 |                                                | Judge: Hon. Charles R. Breyer
   |         *Defendants*.                          |
18

19      This case was originally filed in the Superior Court of the State of California, County of
20 San Mateo on February 11, 2009.

21      On March 19, 2009, defendant Jingle Networks Inc. removed the case to the US District
22 Court for the Northern District, and the case was assigned case number CV 09-01208 CRB.

        Apparently not knowing that the case had been removed, the next day, on March 20, 2009,
23
   defendant Limbo, Inc. filed a subsequent notice of removal. This second removal resulted in the
24
   case number CV 09-01232 CRB (the two cases were deemed related and assigned to this Court on
25
   April 21, 2009). Other than the separate case numbers, the two cases are actually the "same case"
26
   in that they are both the result of removal from the same San Mateo Superior Court case.
27

28
   Plaintiff's Motion for Voluntary Dismissal             Case Nos. CV 09-1208 CRB, CV 09-01232 CRB

The parties subsequently filed a "Stipulation to Voluntarily Dismiss Complaint With Prejudice Pursuant to M-Qube, Inc." showing Case CV 09-01208 CRB in the caption. This resulted in the dismissal of that case number.

However, because the Stipulation to Voluntarily Dismiss only bore case number CV 09-01208 CRB, the Court only dismissed that action and case CV 09-01232 still remains active on the docket. Plaintiff wishes to dismiss action CV 09-01232 on the same grounds and pursuant to the same Stipulation to Voluntarily Dismiss which was previously filed. A copy of the Stipulation to Voluntarily Dismiss is attached as Exhibit A for the Court's reference.

Plaintiff respectfully requests that the Court dismiss the Complaint with prejudice in case CV 09-01232 without a hearing as provided in the Stipulation to Voluntarily Dismiss, on the same grounds that case CV 09-01208 was dismissed.

Respectfully submitted,

Dated: February 16, 2010     **Edelson McGuire LLP**

By:  /s/ Sean Reis                .

SEAN REIS
One of the Attorneys for Sandra Reyes, individually and on behalf of a class of similarly situated individuals

**IT IS SO ORDERED THAT CASE CV 09-01232 IS DISMISSED WITH PREJUDICE.**

Dated:  February 17, 2010



Honorable
Judge Charles R. Breyer